**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR10-08173-001-PCT-MEA |
| Plaintiff, | **ORDER** |
| vs. | |
| Kelyn Leigh Mitchell, | |
| Defendant. | |

The defendant appeared in court and admitted to violating her conditions of probation as alleged in the Petition to Revoke Supervised Release.

IT IS ORDERED revoking the defendant's supervised release as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **TIME SERVED.**

IT IS ORDERED that the defendant be released from custody on January 11, 2012

DATED this 11th day of January, 2012.

_____
Mark E. Aspey
United States Magistrate Judge